HENRY ROSINOFF AND E. CHARLES ALTSHUL, RESPOND-
ENTS, v. FANNIE K. ALTSHUL, ADMINISTRATRIX OF
VICTOR I. ALTSHUL, DECEASED, APPELLANT.

Submitted December 10, 1923—Decided January 25, 1924.

On appeal from the Supreme Court, in which the follow-
ing *per curiam* was filed:

"This is a suit on a promissory note for $10,000 given by
Victor I. Altshul under a trade name. It bears date of June
1st, 1918, payable six months after date to the order of E.
C. Altshul, and is endorsed by him and also assigned by a
formal assignment after maturity to the plaintiff Rosinoff.

"Victor I. Altshul died, and the defendant, Fannie K.
Altshul, his widow, was appointed administratrix. She con-
tests the claim of the plaintiff on the note, and at her in-
stance E. C. Altshul was brought in as a party plaintiff.
The note was proved and offered in evidence. There is no
serious controversy as to the validity in its inception. An
attempt was made to prove payment. This proof consisted
of some statements made by E. C. Altshul, which were sup-
posed to indicate that his brother owed him $5,000 instead
of $10,000, and also proof that his brother had turned over
to him seven notes, six being for $2,000 each and one for
$1,000.

"Some reliance was placed by the defendant on the alleged
suspicious conduct of E. C. Altshul after his brother's death,
but this evidence was too hazy and uncertain to have any
weight. The only question was whether there was proof of
such connection between the seven notes and the $10,000
note that the case ought to go to the jury. We think not.
The presumption is in favor of the holder of such a note, and
while Rosinoff's title can be no better than that of E. C.
Altshul, we think the evidence on the part of the defendant
was so meagre and uncertain that it cannot justify any in-
ference of payment. It is an attempt to make conjecture do
the work of facts.

"We think, therefore, the trial judge was right in directing a verdict for the plaintiffs. The judgment is affirmed, with costs."

For the appellant, *J. Raymond Tiffany*.

For the respondents, *Gross & Gross* and *Julius Lichtenstein*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, HEPPENHEIMER, GARDNER. ACKERSON, VAN BUSKIRK, CLARK, JJ. 11.

*For reversal*—None.